# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ARTHUR CARRILLO, | Case No. CV 08-6776-JSL (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| FERNANDO GONZALES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: _November 21, 2008

_____
J. SPENCER LETTS
United States District Judge